IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRANDYN E. COX,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D22-2564
LT Case No. 2015-CF-000687-A

_____/

Decision filed February 21, 2023

3.850 Appeal from the Circuit Court
for Citrus County,
Joel D. Fritton, Judge.

Brandyn E. Cox, Century, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, EISNAUGLE and HARRIS, JJ., concur.